In the Matter of the Petition of HERBERT BERNSTEIN to Determine and Enforce His Right to Partial Custody of and His Right of Visitation with His Son, DANIEL LEONARD BERNSTEIN. HERBERT BERNSTEIN, Respondent; HELEN SCHWARTZ, Appellant.— In a proceeding equitable in its nature (Finlay v. Finlay, 240 N. Y. 429), involving the custody of an infant child of the parties, resettled order, in so far as it grants to the respondent, father of the infant, the right of visitation on each and every second and fourth Sunday of each and every successive month between the hours of two P. M. and four P. M., reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to renew when the infant arrives at an age, approximately twelve years, when he will have a better understanding of the situation between his parents. Appeal from original order to same effect dismissed. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.

In the Matter of the Application of IDA C. CLARK for Payment of Award Made for Damage Parcels 28, 39, and 41, as Shown on the Damage Map in a Certain Proceeding Brought in This Court by The City of New York, for Acquiring Title to a Pumping Station, Bounded by Avenue Y, Knapp Street, Voorhies Avenue, Plumb First Street, Avenue Z, and Bragg Street, in the Borough of Brooklyn, County of Kings, The City of New York. EMILIE R. FLANNERY, Appellant; IDA C. CLARK, JOHN J. VOORHIES and Others, Respondents. (Proceeding Number One.) — Order and resettled order confirming original and supplemental reports of the referee, overruling objections, denying motion of appellant to reject said reports, and directing the comptroller of the city of New York to pay certain awards to the claimants named therein, and order, on reargument, denying motion to reject said reports, and adhering to the original decision of September 30, 1936, unanimously affirmed, with costs to each respondent or group of respondents who have appeared by separate attorneys and have filed briefs. Appeal from order denying motion for a second reargument and for a stay dismissed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

In the Matter of the Application of IDA C. CLARK for Payment of Award Made for Damage Parcels 1, 2, 3, 4, 5, and 6, as Shown on the Damage Map in a Certain Proceeding Brought in This Court by The City of New York, for Acquiring Title to Knapp Street, Borough of Brooklyn, County of Kings, The City of New York, from Avenue Z to Emmons Avenue. EMILIE R. FLANNERY, Appellant; IDA C. CLARK, JOHN J. VOORHIES and Others, Respondents. (Proceeding Number Two.) — Order confirming original and supplemental reports of the referee, overruling objections and denying motion to reject the reports, and order, on reargument, denying motion to reject said reports and adhering to the original decision of September 30, 1936, unanimously affirmed, without costs. Appeal from order denying motion for a second reargument and for a stay dismissed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.